UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

BRANDI M. LUND,
    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,
    Defendant.

2:18-cv-002000-MK

ORDER

It is hereby ORDERED that attorney fees in the amount of $7,950, expenses in the amount of $50.73, and costs in the amount of $150.55 shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. The fees, expenses, and costs totaling $8,151.28 will be paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in *Astrue v. Ratliff,* 130 S.Ct. 2521 (2010).

If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and mailed to Plaintiff's attorney's office as follows: Sandijean Fuson, 301 A Street East, Vale, Oregon 97918. If Plaintiff has a debt, then the check for any remaining funds after offset of the debt shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

DATED this 6 day of January, 2020.

Mustafa T. Kasubhai
United States Magistrate Judge